1 RENE L. VALLADARES
Federal Public Defender
2 Nevada State Bar No. 11479
DAN COE
3 Assistant Federal Public Defender
Nevada State Bar No. 9532
4 411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
5 (702) 388-6577/Phone
(702) 388-6261/Fax
6 Dan_Coe@fd.org

7 Attorney for Omar Miramontes-Castillo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR MIRAMONTES-CASTILLO,<br><br>Defendant. | Case No. 2:18-cr-00149-RCJ-PAL<br><br>**UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS (ECF NO. 16)** |

COMES NOW the defendant, Omar Miramontes-Castillo, by and through his counsel of record, Dan Coe, Assistant Federal Public Defender, and hereby moves this court for an order to withdraw defendant's Motion to Dismiss (ECF 16). This motion is supported by the following Memorandum of Points and Authorities.

DATED this 24th day of August, 2018.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                 By:  */s/Dan Coe*
                                              DAN COE
                                              Assistant Federal Public Defender
                                              Attorney for Omar Miramontes-Castillo

# **MEMORANDUM OF POINTS AND AUTHORITIES**

1. The parties have reached a sentencing agreement. Accordingly, Mr. Miramontes-Castillo withdraws his previously filed Motion to Dismiss.

DATED this 24th day of August, 2018.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                                      By: */s/ Dan Coe*
                                      DAN COE
                                      Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>OMAR MIRAMONTES-CASTILLO,<br><br>Defendant. | Case No. 2:18-cr-00149-RCJ-PAL<br><br>**PROPOSED ORDER** |

Before the court is defendant's Unopposed Motion to Withdraw the Motion to Dismiss (ECF No. 16). Having reviewed and considered the matter,

IT IS HEREBY ORDERED that defendant's Unopposed Motion to Withdraw (ECF No. 19) is **GRANTED**, and the Motion to Dismiss (ECF No. 16) is **WITHDRAWN**.

DATED this 27th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 24th, 2018, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS (ECF NO. 16)** by electronic service (ECF) to the person named below:

DAYLE ELIESON
United States Attorney
JARED GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd. South
Ste. 1100
Las Vegas, NV 89101

/s/ Brandon Thomas
Employee of the Federal Public Defender